Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 0 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California
Eastern Division

Case No. **EDCV21-01204 JGB (SPX)**
(to be filled in by the Clerk's Office)

Hashim Al'Balad Muhammad

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Moreno Valley Code Enforcement, doe's 1-20
City of Moreno Valley, doe's 1-20
City of Moreno Valley Citation Processing Center, doe's 1-20

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

IFP



## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hashim Al'Balad Muhammad |
| Street Address | 203 Berth, Unit 24, |
| City and County | Wilmington, Los Angeles, |
| State and Zip Code | California, 90744 |
| Telephone Number | 424-205-4329 |
| E-mail Address | hashimmuhammad1968@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Moreno Valley Code Enforcement   Doe 1-20 |
| Job or Title *(if known)* | Geheime Feldpolizei (Secret Field Police) |
| Street Address | 14177 Frederick Street |
| City and County | Moreno Valley, Riverside County |
| State and Zip Code | California, 92553 |
| Telephone Number | 951-413-3340 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | City Of Moreno Valley c/o Citation Processing Center Doe 1-20 |
| Job or Title *(if known)* | Takers |
| Street Address | PO Box 7275 |
| City and County | Newport Beach, Orange County |
| State and Zip Code | California, 92658 |
| Telephone Number | 1-800-969-6158 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | City Of Moreno Valley   Doe 1-20 |
| Job or Title *(if known)* | Third Section of His Imperial Majesty's Own Chancellery. |
| Street Address | 14177 Frederick Street, |
| City and County | Riverside County |
| State and Zip Code | California, 92553 |
| Telephone Number | 951-413-3000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ~~Dolan U.S.C.~~ Dolan v City of Tigarad, 512 U.S. 374 (1994). 4th, 5th, & 14th Amendment violations.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Hashim Muhammad (Pro Se). , is a citizen of the State of *(name)* California, United States.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* 1. Moreno Valley Code Enforcement  2. City of Moreno Valley  3. MV Citation Processing Center , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**Private Property located within the City of Moreno Valley California Code endorcement violated Hashim Al'balad Muhammads Constitutional protected rights under the 4th, 5th, 14th amendments Moreno Valley Code Enforcement where negligent when they issued citations based on false observations. (PLEASE READ ATTATCHMENT).**

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 2021, June 2021, July 2021

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Violation of Due Process Clauses and, more directly, through the Fifth Amendment, Fourteenth Amendment, unreasonable search and seizure under the 4th Amendment. An unreasonable search and seizure is legally defined as a search performed without the consent of the defendant or without a warrant.

The City Of Moreno Valley along with their code enforcement department has become the de-facto HOA and the codes are the CCRS. That are forced upon the respective land owner without the opportunity of due process in the court of law.
City of Moreno Valley has become the judge jury and executioner.
Unreasonable search and seizure. Warrantless spying. No warrant needed, using unchecked municipal codes to bypass constitutional protections
Violation of innocent until proven guilty. Pay the fine then you can appeal.

It is no accident that a nation conceived in liberty and dedicated to justice for all protects property rights. Property is the foundation of every right we have.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Violation of the Due Process Clause . The City Of Moreno Valley, has a policy you have to pay the fine first then appeal the citation. Which amounts to pleading guilty before you have the opportunity to defend yourself.. forced upon the respective land owner without the opportunity of due process in the court of law.
City of Moreno Valley has become the judge jury and executioner. Causing ongoing emotional and finacial distress. Reoccuring fines.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Fourth Amendment & Fifth
THE COURTS NEED TO DEFINE WHAT IF ANY PROTECTIONS UNDER THE U.S. CONSTITUTION LAND OWNERS, HOME OWNERS HAVE. THE COURTS SHOULD USE SCRUTINY WHEN LOOKING INTO CITY & STATE CODES. USING THE STANDARD OF REASONABLENESS WHEN DETERMINING WHAT A AMERICAN CITIZEN CAN AND CANNOT DO REGARDING USE OF PROPERTY AND PROPERTY RIGHTS.
A TEMPORARY INJUCTION IS SOUGHT TO PROHIBIT DEFENDANTS FROM FURTHER UNREASONBLE ACTIONS AGAINST PLANTIFF AND PLANTIFFS PROPERTY. $300,000 for emotional, finacial distress. 40 Acres & 2 Government Mules.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## ATTATCHMENT.

Hashim Muhammad along with in-laws purchased property. From the onset the property was fined for so-called vegetation and rubbish, One day after receiving title.
Further fines where attached to the property shortly there after. Muhammad has a trailer on the property & also a aluminum command tent. Also his dog a Belgian who's name is blu-berry. Muhammad has a garden where he grows vegetables and herbs teaching his 6 children about agricultural options. During the 2020 COVID - 19 outbreak and lockdown when most outdoor activities at parks and other recreational institutions where shut down. Muhammad would take his 6 children over to the property for recreational activities (horseshoes, toss baseball). To give the kids a breath of fresh air. Not to suffer under the constant confinement of being locked indoors.
The property was purchased for the sole purpose of building a family home for his kids. Another foundation of what it means to be a Free Thinking American.
Work hard invest in your children's future. Stability.

Although the current notice of citations where mailed out. Muhammad did not receive notice until July 2021
Therefore he was not aware of any fines and argues not properly notified. Because once notified and aware Muhammad moved forward to deal with citations.


So the City Of Moreno Valley along with their code enforcement department has become the de-facto HOA and the codes are the CCRS. That are forced upon the respective land owner without the opportunity of due process in the court of law.
City of Moreno Valley has become the judge jury and executioner.
Unreasonable search and seizure. Warrantless spying. No warrant needed, using unchecked municipal codes to bypass constitutional protections
Violation of innocent until proven guilty. Pay the fine then you can appeal.

The Constitution protects property rights through the Fifth and Fourteenth Amendments'

All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Due Process Clauses and, more directly, through the Fifth Amendment's
The City of Moreno Valley has blocked & obscured the basic fundamentals of what it means to be a Free thinking American and the right to make choices even the Supreme Architect himself has given both men and women a right to make choices. Between code enforcement & the planning department they seem to play tag team when it comes to what options are available to the land owner? Example: you can't have a trailer on dirt. So when a person researches and finds that you can pour a slab without government interference permit. Then comes the tag

team you cannot store anything on the property. Stacked deck of cards all day long and a violation of my Civil & Human rights.

Private Property
Municipal Codes overseeing another's private property. Deprives the Private Property owner of the liberty to choose and make choices without government oversight.
Consumer protection issue. No disclaimer advising of the fact that you really are not the owner of the private property.
The true owner is the city or municipality that the piece of real estate sets. Because these overlords make the final decision using draconian municipal codes to strangle the private property owner into submission.
Cruel and unusual punishment. Attacking the finances of private property owner.

Private Property: property owned by private parties - essentially anyone or anything other than the government. Private property may consist of real estate, buildings, objects, intellectual property (for example, copyrights or patents.

This is distinguished from Public Property, which is owned by the state or government or municipality.

It is no accident that a nation conceived in liberty and dedicated to justice for all protects property rights. Property is the foundation of every right we have, including the right to be free. Every right claim, after all, is a claim to some thing — either a defensive claim to keep what one is holding or an offensive claim to something someone else is holding. John Locke, the philosophical father of the American Revolution and the inspiration for Thomas Jefferson when he drafted the Declaration of Independence, stated the issue simply: "Lives, Liberties, and Estates, which I call by the general Name, Property." And James Madison, the principal author of the Constitution, echoed those thoughts when he wrote, "as a man is said to have a right to his property, he may be equally said to have a property in his rights."

Much moral and legal confusion would be avoided if we understood that all of our rights — all of the things to which we are "entitled" — can be reduced to property. That would enable us to separate genuine rights — things to which we hold title — from specious "rights" — things to which other people hold title, which we may want for ourselves. It was the genius of the old common law, grounded in reason and custom, that it grasped that point. And the common law judges understood a pair of corollaries as well: property, broadly conceived, separates one individual from another; and individuals are independent or free to the extent that they have sole or exclusive dominion over what they hold. Indeed, Americans go to work every day to acquire property just so they can be independent.
Fourth Amendment & Fifth
THE COURTS NEED TO DEFINE WHAT IF ANY PROTECTIONS UNDER THE U.S. CONSTITUTION LAND OWNERS, HOME OWNERS HAVE. THE COURTS SHOULD USE SCRUTINY WHEN LOOKING INTO CITY & STATE CODES. USING THE STANDARD OF

REASONABLENESS WHEN DETERMINING WHAT A AMERICAN CITIZEN CAN AND CANNOT DO REGARDING USE OF PROPERTY AND PROPERTY RIGHTS.

Also what does ownership of land or a home mean? Who really owns the property. Who make the final decision?

No due process rights. Yet code enforcement has the unconstitutional authority to levy fines without due process in the court of law.

The Fourth Amendment originally enforced the notion that "each man's home is his castle", secure from unreasonable searches and seizures of property by the government. It protects against arbitrary arrests, and is the basis of the law regarding search warrants, stop-and-frisk, safety inspections, wiretaps, and other forms of surveillance, as well as being central to many other criminal law topics and to privacy law.

America's Founders understood clearly that private property is the foundation not only of prosperity but of freedom itself. Thus, through the common law, state law, and the Constitution, they protected property rights — the rights of people to acquire, use, and dispose of property freely. With the growth of modern government, however, those rights have been seriously compromised. Unfortunately, the Supreme Court has yet to develop a principled, much less comprehensive, theory for remedying those violations. That failure has led to the birth of the property rights movement in state after state. It is time now for Congress to step in — to correct the federal government's own violations and to set out a standard that courts might notice as they adjudicate complaints about state violations.

Legal Protection for Property Rights

It would be to no avail, however, if property, once acquired, could not be used and enjoyed — if rights of acquisition, enjoyment, and disposal were not legally protected. Thus, common law judges, charged with settling disputes between neighbors, drew on principles of reason, efficiency, and custom to craft a law of property that by and large respected the equal rights of all.

In a nutshell, the basic rights they recognized, beyond acquisition and disposal, were the right of sole dominion — variously described as a right to exclude others, a right against trespass, or a right of quiet enjoyment, which all can exercise equally at the same time and in the same respect — and the right of active use, at least to the point where such use violates the rights of others to quiet enjoyment. Just where that point is will vary with the facts, of course, and that is the business of courts to determine, although legislatures can draw the broad outlines. Given our modern permitting regime, however, the point to be noticed here is that the presumption of the common law was ordinarily on the side of free use. People were not required to obtain a permit before using their property, that is, just as people today are not required to obtain a permit before speaking. Rather, the burden was on those who objected to a given use to show how it violated a right of theirs. That amounts to having to show that their neighbor's use takes something they own free and clear. If they failed in that, the use could continue.

Thus, the common law limits the right of free use only when a use encroaches on the property rights of others, as in the classic law of nuisance and risk. The implications of that limit should not go unnoticed, however, especially in the context of modern environmental protection. Indeed, the belief, common today, that property rights are opposed to environmental protection

4.

is so far from the case as to be just the opposite: the right against environmental degradation is a property right. Under common law, properly applied, people cannot use their property in ways that damage their neighbors' property — defined, again, as taking things those neighbors hold free and clear. Properly conceived and applied, then, property rights are self- limiting: they constitute a judicially crafted and enforced regulatory scheme in which rights of active use end when they encroach on the property rights of others.

Signed this Day Thursday 15th July 2021

*Hashi Muhammad*

Hashim Al'Balad Muhammad

4.