## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:21-cv-01204-JGB (SP) | Date | August 30, 2021 |
|---|---|---|---|
| Title | HASHIM AL'BALAD MUHAMMAD v. CITY OF MORENO VALLEY CODE ENFORCEMENT, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**       **(In Chambers) Order Setting Motion to Dismiss Briefing Schedule**

Defendant City of Moreno Valley filed two motions to dismiss on August 16, 2021 (docket nos. 8-9), and then apparently refiled the same motions to dismiss on August 25, 2021 (docket nos. 10-11). Defendant noticed the motions for hearing before the District Judge on September 20, 2021; however, per the August 2, 2021 Notice of Clerical Error in this case, motions to dismiss and all other pretrial motions are to be filed with the assigned Magistrate Judge. IT IS ORDERED AS FOLLOWS:

1.       The noticed hearing date is **VACATED**.

2.       Plaintiff's opposition(s), or notice(s) of non-opposition, to the motions to dismiss must be served and filed on or before **September 20, 2021**. Any opposition should be limited to the issues raised in the motions to dismiss.

3.       Defendant's reply, if any, shall be served and filed within 14 days of the filing of plaintiff's opposition(s).

4.       Unless otherwise ordered, the motions will be taken under submission, without oral argument, when briefing is complete, and the parties will be notified by mail or email of all further proceedings.

Plaintiff is cautioned that failure to timely file an opposition to the motions to dismiss may be deemed consent to the granting of the motions. Local Rule 7-12.