# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:21-cv-01204-JGB (SP) | Date | July 27, 2023 |
|---|---|---|---|
| Title | HASHIM AL'BALAD MUHAMMAD v. CITY OF MORENO VALLEY CODE ENFORCEMENT, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On July 20, 2021, plaintiff Hashim Muhammad filed a complaint alleging defendant City of Moreno Valley was negligent and violated his civil rights when it inspected, issued citations and fines, and restricted usage of plaintiff's property. Defendant moved to dismiss the complaint. On March 21, 2022, the court found the complaint was subject to dismissal, but granted plaintiff leave to amend by April 20, 2022. The court also instructed plaintiff he could notify the court by April 20, 2022 that he intended to stand on the complaint without amendment. More than a year has passed beyond this deadline, yet the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **fifteen (15)** days of the date of this Order, that is, by **August 11, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by August 11, 2023.

If plaintiff files a First Amended Complaint by **August 11, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.