**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASHIM AL'BALAD MUHAMMAD, | Case No. 5:21-cv-1204-JGB-SP |
| Plaintiff, | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CITY OF MORENO VALLEY CODE ENFORCEMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the Complaint and this action without prejudice.

Dated: September 11, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE