JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASHIM AL'BALAD MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MORENO VALLEY CODE ENFORCEMENT, et al.,<br><br>    Defendants. | Case No. 5:21-cv-1204-JGB-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: September 11, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE